UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DAVID BERNEY, individually, and as a
shareholder of VERITAS FINANCIAL
CORPORATION,

                      Plaintiffs,

-against-

VERITAS FINANCIAL CORPORATION,
EAST COAST VENTURE CAPITAL, INC.,
BROWN RUDNICK BERLACK ISRAELS, LLP,
Individually and as Successor to BERLACK
ISRAELS & LIBERMAN, LLP and
STUART NEUHAUSER,

                      Defendants
-----------------------------------------------------------X

Index No. 05 CV 0764 (RO)

**NOTICE OF DISMISSAL
PURSUANT TO FEDERAL
RULES OF CIVIL
PROCEDURE 41(a)(1)(i)**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/4/05

    PLEASE TAKE NOTICE that, no answer or motion for summary judgment having been served by any of the defendants, this action is dismissed by the plaintiff in its entirety, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         March 9, 2005

So ordered.
[signature] 8/4/5

                                            RAICE PAYKIN & KRIEG LLP

                                            By:  /s/ David J. Wolkenstein
                                            By: David J. Wolkenstein
                                            Attorneys for Plaintiffs
                                            185 Madison Avenue, 10th Floor
                                            New York, New York
                                            (212) 725-4423

To:    Clerk of the Court

      Charles A. Stewart III, Esq.
      1350 Broadway, Suite 2200
      New York, New York 10018
      (212) 239-5500
      Attorneys for East Coast Venture Capital

**ECF
DOCUMENT**

I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Southern District of New York.

Date Filed: 3/9/05  #5

J. MICHAEL McMAHON  CLERK

By: _____

Mark A. Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017
(212) 593-1100
Attorneys for Veritas Financial Corporation

Dana S. Montone, Esq.
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, New York 10036
*Attorneys for Berlack Israels and Stuart Neuhauser*

## CERTIFICATION OF SERVICE

I hereby certify that the following counsel for the parties was served with a copy of this Notice of Dismissal by first class mail, on March 9, 2005.

    Charles A. Stewart III , Esq.
    1350 Broadway, Suite 2200
    New York, New York 10018
    Attorneys for East Coast Venture Capital

    Mark A. Frankel, Esq.
    Backenroth Frankel & Krinsky, LLP
    489 Fifth Avenue
    New York, NY 10017
    Attorneys for Veritas Financial Corporation

    Dana S. Montone, Esq.
    Brown Rudnick Berlack Israels LLP
    120 West 45th Street
    New York, New York 10036
    *Attorneys for Berlack Israels and Stuart Neuhauser*

Dated: New York, New York
        March 9, 2005

                                              /s/ David J. Wolkenstein